# United States Bankruptcy Court

For The
District of Maryland/Northern Division

MARILYN ELIZABETH HOWARD
4512 SPRING AVENUE
BALTIMORE, MD 21227

CASE No:
04-38858-DK

JUDGE:
Duncan W. Keir

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 12 | 27 | 04 | The Plan was confirmed on | | 06 | 10 | 05 | The Case was concluded on | | 06 | 07 | 07 |

Plan Completed

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are available upon request and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $    5,883.78

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID | | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | PRINCIPAL | INTEREST | |
| LITTON LOAN SERVICING LP    DR OBJ SUST,AMT/ORDR | 0001 | Secured | 1,834.40 | 1,834.40 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP    NO ARREARS CLAIMED | 0002 | DirectPay | 6,690.33 | 0.00 | 0.00 | DirectPay |
| BALTIMORE COUNTY MARYLAND    PROPERTY TAXES | 0003 | Secured | 1,953.00 | 1,953.00 | 0.00 | 0.00 |
| ALLIED INTERSTATE | 0004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA N.A. | 0005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHARTER ONE | 0006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CROSSLAND MORTGAGE CORPOR | 0007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIDELITY FEDERAL BANK, FS | 0008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST USA BANK | 0009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HECHTS | 0010 | Unsecured | 294.79 | 294.79 | 0.00 | 0.00 |
| HOLLYWOOD PRESBYTERIAN ME | 0011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LCA COLLECTONS | 0012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TSYS TOTAL DEBT MANAGEMEN    MACYS | 0013 | Unsecured | 437.60 | 437.60 | 0.00 | 0.00 |
| PACIFIC COAST CREDIT | 0014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SEARS | 0015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WARDS | 0016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CROSS AMERICA    AMENDED F | 0017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EMERG MED ASSOC C/O OMNI    AMENDED F | 0018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JBC LEGAL GROUP P.C.    AMENDED F | 0019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |

0059-1V-EPIE1V-00004138-5371

# United States Bankruptcy Court

For The
District of Maryland/Northern Division

MARILYN ELIZABETH HOWARD
4512 SPRING AVENUE
BALTIMORE, MD 21227

CASE No:
04-38858-DK

JUDGE:
Duncan W. Keir

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 12 | 27 | 04 | The Plan was confirmed on | | 06 | 10 | 05 | The Case was concluded on | | 06 | 07 | 07 |

Plan Completed

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are available upon request and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $ 5,883.78

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| PROGRESSIVE CREDIT SYSTEM AMENDED F | 0020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SECU AMENDED F | 0021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ROBERT N. GROSSBART SUBSTITUTE ATTY | 0022 | Priority | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| MARILYN ELIZABETH HOWARD | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | ADMIN / ATTY | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 3,787.40 | 1,000.00 | 732.39 | 0.00 | 0.00 | 5,519.79 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 3,787.40 | 1,000.00 | 732.39 | 0.00 | 0.00 | 5,519.79 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,519.79 |

OTHER DISBURSEMENTS

| | DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|---|
| | MARILYN ELIZABETH HOWARD | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE FEES | OTHER COST | |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 363.99 | 0.00 | 363.99 |

WHEREFORE, the Trustee requests that an order be entered discharging him as Trustee and releasing him and the Trustee's surety from any and all liability on account of this proceeding, and closing the estate, and for such other and further relief as is just.

DATED: 09/01/2007

/s/ GERARD R. VETTER, TRUSTEE

GERARD R. VETTER, TRUSTEE