*Oral Ruling*

___✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y (N)
Exhibits Filed: Y (N)

PROCEEDING MEMO - CHAPTER 13

Date: 01/31/2018 Time: 04:00

**CASE: 16-25287 Marilyn Elizabeth Howard**

(Alisha Elaine Gordon) representing ~~Marilyn~~ Elizabeth Howard (Debtor) — *Mr. Wm Byrd*

__ R. Thomas __ D. Piekarz
    representing Robert S. Thomas II Robert S. Thomas II (Trustee)

[76] Amended Objection to Claim Number 8 In Re: US Bank/Ocwen
in the Amount of $200000. Notice Served on
12/5/2017 Filed by Marilyn Elizabeth Howard (related
document(s) 4 payment)

**MOVANT** : Marilyn Howard BY A Gordon

[81] Response on behalf of U.S. Bank National Association,
as Trustee for 2003-CB1 Trust, C-BASS Mortgage
Loan Asset-Backed Certificates, Series 2003-CB1
Filed by William M. Savage (related document(s)
4 Exhibit #4)   *Ms R Dyson*

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.__ Converted to Ch___

Denied without/with leave to amend by:_____ Conf:_____ Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)  *Objection to claim [76] sustained in part and overruled in part as stated in detailed ORAL RULING placed on the Record today*

    Granted _____    Sustained _____    Denied
    Overruled _____  Withdrawn _____    Under Adv. _____
    Moot _____       Consent _____      Dismissed
    O.T.J. Fee _____

DECISION:

    [ ] Signed by Court           [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel       [ ] Court
        [ ] Respondent's counsel   [ ] Other _____

NOTES:   *Ms Dyson to upload proposed form of order consistent with Ruling*

16-25287: 1 of 1