**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| Marilyn Elizabeth Howard | * | Case No. 16-25287-NVA |
| | | (Chapter 13) |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER SUSTAINING IN PART AND OVERRULING IN PART DEBTOR'S OBJECTION [dkt no. 76] TO PROOF OF CLAIM NO. 8

On Wednesday January 24 and on Monday January 29, 2018, this Court held a hearing on the Objection [dkt no. 76] to Claim filed by Marilyn Elizabeth Howard, the Debtor herein and the Response [dkt no. 81] filed by U.S. Bank National Association/Ocwen ("Ocwen"). For the reasons set forth in a detailed ruling on the record, IT IS HEREBY ORDERED:

1. Ocwen's claim for interest calculated prospectively over the next five years is hereby disallowed. This loan accrues interest at 11.275% annually until paid, but the amount shall be calculated in accordance with the terms of the note and not prospectively.

2. Ocwen's allowed claim is $169,333.01 as of May 17, 2017. This amount includes the following components: (i) $74,605.61 interest, (ii) $81,858.53

1

unpaid principal balance, (iii) $9,031.04 fees and costs, (iv) $4,597.87 escrow deficiency and (v) a credit in the amount of $760.04 for a suspense balance.

3. Nothing in this order shall be deemed to modify the terms of the promissory note or deed of trust.

4. All objections to the validity of the loan, the balloon portion of the note and or any amounts not adjusted as specifically set forth herein are allowed and all objections not addressed herein are denied.

cc:    All Parties
       All Counsel

**END OF ORDER**